IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Case No. DNCW3:16CR000248-001 |
| ) | (Financial Litigation Unit) |
| JARRETT TERELL EDWARDS. ) | |

### ORDER

Upon consideration of the United States' motion for an Order directing the Charlotte Mecklenburg Police Department to convey and remit funds obtained incident to Defendant's arrest, in the amount of $5,967.00 (CMPD case number 2015 1110 100103), (Doc. Nos. 33, 34), to which CMPD does not object and the defendant has not responded within the time allowed,

**IT IS HEREBY ORDERED** that the Charlotte Mecklenburg Police Department shall convey the $5,967.00 to the Office of the United States District Court Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina, 28202, in satisfaction of the restitution imposed by the criminal judgment in this matter.

Signed: June 19, 2017

*[signature]*

Robert J. Conrad, Jr.
United States District Judge